CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 13 2020

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

| For Clerk's Office Use | |
|---|---|
| Judge | Rec'd |

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTICT
OF VIRGINIA

For use by inmates filing a complaint under **CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

Corey DeAndré Hood                          43104-424
_____                    _____
Plaintiff full name                              Inmate No.

v.                                  CIVIL ACTION NO. __7:20CV402__

Bureau of Prisons  ( See Attachment Page)
_____
Defendant(s) full name(s)

_____

*********************************************************************************************

A. Current facility and address: **USP Terre Haute**
**P.O. Box 33 , Terre Haute, Indiana 47808**

B. Where did this action take place? **United States Penitentiary Lee**

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

_____ Yes        __X__ No

If your answer to A is Yes, answer the following:

1. Court: _____

2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

__X__ Yes        _____ No

1. If your answer is Yes, indicate the result:

I Completed the BP-9, 10 & 11. It was forwarded to OIA/OIG

2. If your answer is No, indicate why:

E.  Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes**. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

_See Attached Complaint_

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

F.  State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

_Damages ; Whatever else the judge sees fit._

G.  If this case goes to trial do you request a trial by jury?    Yes _X_    No _____

H.  If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address after I have been released or transferred or my case may be dismissed.

DATED: _07/02/2020_    SIGNATURE: _Corey D. Hood_

VERIFICATION:
I, _Corey DeAndré Hood_ , state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: _07/02/2020_    SIGNATURE: _Corey D. Hood_

Bellamy
Lieutenant

Jane Doe
Chief Psychologist

White
R&D Officer

Parker
Nurse

Wright
Correction Officer

Caudill
Nurse

Owens
Correction Officer

Brown
Disciplinary Hearing Officer

Mullins
Correction Officer

White
SHU Officer

Slone/Sloan
Correction Officer

Jane Doe
Nurse

Parsons
Lieutenant

Holbrook
Correction Officer

Lafave
Lieutenant

John Doe
Nurse

Lively
Lieutenant

Defendants.

Mitchell
Corrections Officer

Hanger
Associate Warden

Lieu
Associate Warden

Breckson
Warden

## Complaint

1) Upon my arrival to USP Lee — 03/12/2019 — I was beaten by several officers. I was taken from the incoming bus to a small room adjacent to R&D and stripped naked. Officers Sloan, Owens, White, Whright, and Mullins/ unidentified others began punching me in my head and body simultaneously while two officers held my arms. After about thirty seconds of non-stop punching, the officers would pick me up and slam me on the ground. The officers repeated the series of punching and slamming for a total of three times. Lt. Bellamy was present the entire time.

2) Next Officer White began cutting my clothing off with a knife. He continuously threatened to stick the knife up my rectum. Officer White called me racial epithets and told me it was time for my "correction". The other officers watched and laughed. Soon they began making jokes about raping me — all while I'm completely naked in restraints.

3) I was dressed in paper clothing with female paper panties. The officers pulled the panties all the way up on my private area and then joked about how I looked in a thong.

4) Officer White put rusted handcuff on me and tightened them to the last click, cutting off blood circulation to my hands. Then he put the belly chain on me so

tight. He put his foot on the wall as he pulled the chain around my torso. The chain cut into my skin and I could barely breath. I still have the scar around my torso. The added blackbox and shackles went on to ensure that I would be in as much pain as possible.

5) The officers then grabbed me by the back of the neck and forced my head down to my knees. I had to walk to the SHU backwards in this position. The shackles cut into my skin as I tried to walk — this was the desired effect.

6) I was placed in an observation cell on A-range in the SHU. Lt. Bellamy gave me a prepared speech about how I better get on my knees and face the wall during every "restraint check". Officer Sloan began smashing my face against the wall and stabbing my calves and achilles tendon with a shield as I faced the wall on my knees.

7) About two hours later, Lt. Bellamy told me that I was going on camera and that if I said anything the footage would be deleted, I'd be beaten again, and they would record me again until I got it right.

8) I was taken to the SHU's nursing station where Nurse Parker was waiting He could clearly see how the bellychain

cut into my skin and restricted my airflow. He ignored the fact that my hands were swollen as well as my eye. I was in disbelief when he asked me if I was in pain — it was clearly evident. Officer Sloan had the shield over my head the entire time, and I could hear Lt. Bellamy talking about my behavior about ten feet away. Lt. Bellamy is a professional liar — he lied so good, I almost believed him (joke).

9) I was taken back to the observation cell where officer Sloan continued to smash my head into the wall and smash my calves with a shield at Lt. Bellamy's command. Lt. Bellamy started asking me trivial questions and whenever I answered, I would be subject to more torture. All of the officers seem to enjoy this because they all laughed like what they were doing was normal. I would soon come to know just how normal it was.

10) Around 6pm Nurse Caudill was present during a restraint check. He willfully ignored the fact that the restraint were cutting off my blood circulating to my hands and that the belly chain was much to tight. He allowed Officer Sloan to torture me in his presence. My buttocks became exposed and he didn't do anything about it for four hours. He finally told the officers to pull the paper pants up after they were done joking and laughing. He eventually told the officers to loosen the cuffs after

seeing how swollen my hands were — they looked like boxing gloves. The officer only loosened the cuffs slightly for about four hours and then tightened them back to the last click.

11) Lt Lively showed up during his shift and he ordered his officers to smash my face into the wall with the shield and refused to let me out of the excruciating restraints. Not once did I ever do anything to warrant this type of treatment.

12) While I was housed in the observation cell, I was denied food and a mat. I had no sheets or blankets and because the restraints were so tight I couldn't use the restroom properly. If I happened to doze off, officers beat on the plexiglass and screamed as if they were deranged. Very vile things came out of Officers Gilbert and Turner mouths.

13) The next morning before Lt. Parsons let me out of the restraints, I was force-fed a foul-smelling sandwich and forced to drink toilet-water out of a bag. Officer Sloan told me I had to "suck on the bag" like a good nigger.

14) After I was taken out of restraints my hands were numb and my fingernails were blackish-purple. My hands were swollen for the next two days, but the numbness lasted about four months. I still have

occaisonal tingling in my hands and finger-tips. My eye was swollen and I had nasty blister around my torso.

15) I was housed on A-range where I didn't have a mattress, hygiene products, shoes, or clothing for a week. I was served with several incident reports and subsequently found guilty despite my efforts to explain what happened. My counselor and DHO Brown didn't investigate anything on my behalf and effectively blocked my efforts to appeal or grieve these issues at the time. My Unit team refused to give me a formal grievance form and my letters to the regional and central offices went unanswered.

16) I reported this incident to the warden, AWs, captain, SIS, and psychology staff all to no avail. In fact, this made my stay worse. I was continuously threatened and harassed. Officer S. White led a campaign of abuse everyday he worked. He denied me hygiene products and clean clothing. He destroyed my Quran and stole my stamps and commissary. Officer White called my mother vulgar names and threatened to rape her and myself on several occaisons. He did this in front of his supvisors. I can't help but think he was ordered to do this in an effort to get me to commit suicide.

17) Approximately June 18th, 2019, I was put in painful restraints again. I was

not violent at all. As I waited in a cage for a cell move, Officer White began calling me racial epithets and derogatory names. I attempted to tell Briggs what was going on but instead he just looked at me and said "Boy, you gettin' ready to go in chains". USP Lee is a de facto Abu-Ghraib prison. I was placed in painful restraints for a total of twenty-two hours. Every nurse performed bogus restraint checks and I was "ruffed-up" during Lt restraint checks. Before I was released from the restraints I had to sing "Jack & Diane" by John Mellen-Camp. The female nurse who was present actually sang along with me. These people are sadistic. Lt. Parsons was the leader in this particular episode.

18) The entire time I was housed in USP Lee, I was never offered or allowed recreation. For seven and one-half months I spent twenty-four hours out the day in a cell. This is something that the administration allowed. I was so distraught I found myself waking up in the middle of the night with tears in my eyes.

19) To make matters worse we did not have mattresses on A range (cells 101-109) For whatever reason we were denied mattresses and instead given a suicide blanket to sleep on. Eventually my lower spine became very tender and when I reported this to Nurse Parker he took note of it, but never logged or provided care. At one point Officer Holbrook refused to give

me the suicide blanket back. I slept on a steel bunk for a week straight.

20) Approximately April 9th, 2019 I noticed a lady with the words central office emblazoned on her jacket. I attempted to call this lady to the door but she was hesitant and she was pressured by the prison officials to ignore me. I told her how people were being tortured physically and mentally. I attempted to show her the blisters around my torso but she ran away from the cell door. The "EPO" told me "that's medical's problem." How could a person from the central office ignore blantant officer misconduct? She failed to protect me because after that I was put into a cell that had a window covering that I couldn't see out of. They were trying to silence me.

21) Inmates were being tortured two to three times a week. It wasn't uncommon to hear screams and cries for help throughout the night. This had to be sanctioned by the administration. Officer Robins actually said to me "What we do, we do with permission." This is after he intercepted one of my cop-outs to the captain.

22) Officers Mitchell & Mullins made it a practice to throw all of my sack lunches on the floor of the cell. During the month of Ramadan, we (all muslims fasting) were not given enough time to consume our meals. We had literally five minutes to

eat lunch and dinner. Officers Ledford and Smallwood would run up and down the halls screaming at the top of their lungs. This was done to interupt our prayers, and to make the SHU tormenting. Officer Ledford used to yell "Hail Hitler" during count time.

23) Officers cut the fan off all the time in order to prevent air from circulating. It becomes so hot and humid. The facility's air conditioning system did not work at all. This was all to make our lives miserable. At one point I was house in a cell that had no ventalation whatsoever (cell 102-A). I was housed in this cell for six weeks total. By the time I switched cells I was coughing up green mucous which I reported to Nurse Parker to no avail.

24) I was also house in a cell with no working shower for three weeks. The officers didn't give me or my cellmate an opportunity to wash up. The shower had water coming up the drain. This water was black with a pungent odor. The cell flooded twice daily everyday with this odorous water. The officers gave us blankets to clean up but they never offered us showers. We shouldn't have been housed in that cell at all. I was housed in cell A-105 from approximately 05/20/2019 - 06/11/2019.

25) While housed in the SHU at USP Lee inmate were not allowed to possess books.

Religous materials had to be purchased on the commissary. The entire time I was in the STU I had nothing to occupy my mind. The only other option was to sign-up for the psychology program Turning Point. There was literally nothing to do. I would've like to enhance my math capabilities or practice science. I just couldn't believe my only alternative to nothing was a two-page psychology pamphlet. I didn't even have law libray.

26) Not one inmate had a toothbrush in the STU. They gave us a very low quality tongue-scrubing apparatus and called it a toothbrush— Same way they tried to convince us those security blankets were mats.

27) I was housed with a mentally ill inmate for approximately forty-five days. Inmate Smith rarely bathe and smelled sour most of the time. He often spoke to himself incoherently. One day Inmate Smith was unresponsive to the officer's command. Lt. Levine assembled an extraction (without cameras) and rushed the cell. As I was being escorted down the hall I could hear Inmate Smith screaming incessantly. Inmate Smith returned to the cell with a bloody lip and bruises on his face and wrist. He was without shoes and his pants were wet. He became very aggressive towards me and I informed Officer Gilbert. Officer Gilbert told me the only way to get out of the cell with him was to fight. He was actually persuading me to punch him. Inmate Smith started screaming (high-pitched).

I pushed the duress button several times. Officers Mullins and Gilbert were laughing as this mentally ill inmate urinated and defecated on himself. Even Lt. Lively turned a blind-eye to what was happening. It finally ended when Inmate Smith tried to touch me with feces on his hand. I put him in a hold and pushed the duress button.

28) I was taken to a holding cell that smelled like urine. I didn't get a mattress to sleep on and I stayed there the rest of the night. There wasn't a toilet or sink in this cell. It quickly became evident I was being punished. The odor was so strong — I wanted to throw-up.

29) Even though I may not have liked Inmate Smith, I don't believe he deserved what happened to him over the next five days. It ended with Lt. Parsons yelling "You're going to make me lose my job." All the while, I could hear someone gasping for air if not flat out being asphyxiated. After that I never seen or heard from him again. This occurred in early May, 2019.

30) Approximately June 19th, 2019 while In restraints, Lt. Lafave did two restraint checks. Both times he directed his officers to smash my head into the wall with a shield and stabb my calves and achilles tendon with the bottom

of the shield. He told me that I wasn't getting released from restraints until Lt. Parsons said so. During his second check, he ordered the officers to repeat what they did earlier. As he left he said "Lt. Parsons said go f___ yourself". All of the officers began laughing.

31) During my time in restraints (June 19th, 2019) Officer Mitchell played a key role in the sadism. Officer Mitchell said that the reason my hands were swollen was because I was "manipulating the restraints". Officer Mitchell also wrote lies in the restraint log. She repeatedly wrote that I "refused to speak." Even if that was true (which it wasn't) I don't see how that alone could justify keeping me in restraints that long.

32) I repeatedly reported my complaints of sexual harassment to administrative personnel and the psychology department. I was threatened by an unknown officer in front of A.W Hangar when I reported this to him on May 30, 2019. A.W. Hanger told me that I had not been assaulted and refused to accept a sensitive handwritten cop-out from me. The Chief Psychologist ignored my pleas as well when I stated to her that I'd been sexually assaulted.

33) The Chief Psychologist had me escorted from my cell by Officer Hamilton on June 20th, 2019. As I was being escorted.

Office Hamilton stated to me "You done messed up now." I was taken to the Lt's office where Lt. Parsons and the Chief psychologist were waiting. Outside of the office was a group of mean-looking officers. The chief psychologist and Lt. Parsons were trying to intimidate me. The Chief psychologist asked me if I'd been sexually assaulted, and out of fear for my well-being, I said no because it was clearly evident that they were going to torture me until they got the response they wanted. I believe if she was sincere we would've had some degree of privacy from the correctional staff and the lieutenant that played a part in my initial beating.

34) It had to be a policy of withholding grievance forms from prisoners in the SHU. Every administrative officer I complained to about this never allowed me to file a formal grievance. They knew well about what was going on. Officer Hamilton stated to me "We have to go hard on inmates in order to keep yall in line." He stated this to me June 19th, 2020 as I was being released from restraints. A.W. Lieu told me to "write it up" when I complained to him about being beaten by officers, but he knew I had no access to a form or a pen for that matter.

35) I wrote several letters to the clerk of the court that were never recieved. I wrote to the central and regional offices. Some letters made it and some did not. Whenever Warden Breckon did rounds, he

ignored complaints of my torture. I believe he was present when I was being jumped by the officers March, 2019 because Officer White pushed his duress button right after I got off the bus. I remember at least fifteen officers responding. Every time I attempted to turn my head, I was punched and told to face the wall by Lt. Bellamy. I spoke to several inmates about the warden and the common response was that before he was appointed warden over USP Lee, the institution itself had the moniker "Sweet Lee County" but afterwards that same moniker became "Lock-down Lee".

Authorized by the Act
July 7, 1955, to Administer
Oaths (18 U.S.C. 4004)
Case Manager

N. Cole
7/7/2020

Corey D. Hood

Corey DeAndré Hood
48104-424
07/07/2020

Corey DeAndré Hood
48104-424
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47808



Legal

Mail

Julia C. Dudley
Clerk of Court
United States District Court
210 Franklin Road, Suit 540
Roanoke, VA 24011-2208